UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case<br>FILED: JULY 25, 2008<br>08CV4238<br>JUDGE DARRAH<br>MAGISTRATE JUDGE BROWN<br>EDA |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE |  |
|---|---|
| FIRM |  |
| STREET ADDRESS |  |
| CITY/STATE/ZIP |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES      NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES      NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES      NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES      NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL | |