IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | Judge Darrah |
| Plaintiffs, | ) | Case No.  08 C 4238 |
| v. | ) ) | |
| IN-LINE PLASTICS, L.C., a Texas corporation, | ) ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney, Charles Ingrassia, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date:  July 30, 2008                                              Respectfully submitted,
                                                                               Laborers' Pension Fund, et al.


                                                        By:     /s/ Charles Ingrassia

Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL  60604
(312) 692-1540

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the foregoing Notice of Voluntary Dismissal to be served upon the following person via U.S. Mail this 30th day of July 2008.

In-Line Plastics, L.C.
c/o David S. Eakin, Registered Agent
8615 Golden Spike Lane
Houston, TX  77086


/s/ Charles Ingrassia